UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    **ORDER**
                                      Criminal File No. 04-477 (MJD/RLE)

ROLAND GENE ROY (2),

       Defendant.
_____

David M. Genrich, Assistant United States Attorney, Counsel for Plaintiff.

Scott F. Tilsen, Federal Public Defender, Counsel for Defendant.
_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated March 11, 2005.  Defendant filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.1(c).  Based on that review the Court adopts the Report and Recommendation dated March 11, 2005.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The Magistrate Judge's Report and Recommendation dated March 11, 2005, [Docket No. 39] is hereby **ADOPTED**.

1

2. Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 33] is **DENIED**.

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 34] is **DENIED**.

Dated: May 10, 2005

s/ Michael J. Davis
Judge Michael J. Davis
United States District Court