UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

                                                      ORDER ADOPTING
vs.                                     REPORT AND RECOMMENDATION

Roland Gene Roy,

       Defendant.                          Crim. No. 04-477(02) (MJD/RLE)

* * * * * * * * * * * * * * * * *

     Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, IT IS ORDERED:

     1.     That the Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 45] is denied.

     2.     That the Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 47] is denied.

                                                                       s/ Michael J. Davis
                                                                       Michael J. Davis, Judge
                                                                       United States District Court

DATED: July 7, 2005
At Minneapolis, Minnesota