UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-477 (02) (MJD/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER FOR APPEARANCE OF |
| v. | ) DEFENDANT AND FOR |
| | ) TRANSPORTATION EXPENSES |
| ROLAND GENE ROY, | ) PURSUANT TO 18 U.S.C. § 4285 |
| | ) |
| Defendant. | ) |

The Court having held Defendant to answer in the United States District Court for the District of Minnesota and finding that the defendant has been released from custody, currently resides in Red Lake, Minnesota, and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the defendant appear before the above-referenced court beginning Tuesday, February 21, 2006 not later than 9:00 a.m. through Thursday, February 23, 2006.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation to appear before the Court, transportation to return home to Red Lake, Minnesota, after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

Date: February 23, 2006                         s/ Michael J. Davis
                                                Honorable Michael J. Davis
                                                United States Magistrate Judge